■ Arlene Konick, Appellant, v. Basil A. Kerbawy et al., Defendants. Sylvan & Ammerman, Respondents.— In an action to recover damages for personal injuries, the appeal, as limited by appellant's brief, is from so much of an order granting her motion for substitution of attorneys as directed that respondents, the retiring attorneys, have a charging lien of 17½% of any recovery. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.